LANE v. O. F. JONASSON & CO.

(Supreme Court, Appellate Division, First Department.    October 23, 1908.)

DISCOVERY (§ 86*)—RIGHT TO.
      One suing for services was not entitled to an inspection of defendant's
   books on a showing that defendant promised him "a piece of any new
   business" that he might be instrumental in obtaining, and that there was
   no definite arrangement as to his share of the profits.
      [Ed. Note.—For other cases, see Discovery, Dec. Dig. § 86.*]

   Appeal from Special Term.
   Action by Willis Arthur Lane against O. F. Jonasson & Co. From
an order granting plaintiff an inspection of defendant's books, de-
fendant appeals. Reversed, and motion denied.
   Argued before PATTERSON, P. J., and INGRAHAM, LAUGH-
LIN, CLARKE, and SCOTT, JJ.
   William J. Leitch, for appellant.
   Henry J. Goldsmith, for respondent.

   PER CURIAM. Appeal from an order granting an inspection of
defendant's books and papers. The only foundation for the order
which plaintiff has obtained is the statement contained in his com-
plaint, and reiterated in his petition, that defendants agreed to pay
him, in addition to a fixed salary, 20 per cent. of the profits realized
in defendants' business. In an affidavit read in support of his peti-
tion plaintiff details the facts relating to his employment, and shows
that all that took place respecting any proportion of the profits was
that he was promised "a piece of any new business that he (deponent)
might be instrumental in obtaining," and that even a definite arrange-
ment as to such share of the profits was not made. This furnishes no
ground for ordering an inspection of books and papers.
   Order reversed, with $10 costs and disbursements, and motion de-
nied, with $10 costs.